UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

CANDACE MCGHEE, ET. AL.,                    ]
                                            ]
          Plaintiffs,                       ]
                                            ]
v.                                          ]          No. 2:22-cv-00038-KAC-CRW
                                            ]
GRAINGER COUNTY, TENNESSEE,                 ]
ET. AL.,                                    ]
                                            ]
          Defendants.                       ]

## JOINT MOTION TO DISMISS

The plaintiffs and defendants jointly move the Court for an Order dismissing this case. In

support of this Motion, the parties would represent to the Court that a settlement has been reached

between the named plaintiffs, Candace McGhee and Chasity Bailey, and the defendants resolving

all issues between them. Therefore, the parties submit that the claims of Candace McGhee and

Chasity Bailey should be dismissed with prejudice.

The Complaint also asserted class action claims but has not been certified as a class. The

settlement reached does not resolve any of the class claims of unnamed parties and, therefore, the

parties request that those class allegations be dismissed without prejudice.


Respectfully submitted,

*s/ Lance K. Baker*
Lance K. Baker, BPR # 032945
THE BAKER LAW FIRM
505 Main Street, Suite 600
Knoxville, TN 37902
865-200-4117
lance@lbakerlawfirm.com

Mathew B. Evans, BPR # 028132
EVANS & BEIER, LLP
818 W. 1st N. St.
Morristown, TN 37914
423-587-2800
mbevanslaw@gmail.com

F. Clinton Little, BPR # 033412
109 N. Northshore Dr. Suite 401
Knoxville, TN 37919
865-622-4628
clinton@knoxvilleattorney.law

Attorneys for Plaintiffs


*s/ Jeffrey M. Ward*
JEFFREY M. WARD, BPR # 016329
MILLIGAN & COLEMAN PLLP
P.O. Box 1060
Greeneville, TN 37744-1060
423-639-6811
423-639-0278 facsimile
jward@milligancoleman.com

Attorney for defendants, Grainger County,
Tennessee, James Harville, Chris Harville
and Leonard Dalton


*s/ L. Scott Miller*
L. Scott Miller, BPR # 034102
Emily B. Pence BPR # 039641
STURGILL TURNER BARKER &
MOLONEY PLLC
333 West Vine Street, Suite 1500
Lexington, KY 40507
Phone: (859) 255-8581
smiller@sturgillturner.com
epence@sturgillturner.com

Attorneys for Defendant Travis Hank Davis

2