| | | | |
|---|---|---|---|
| CANDACE MCGHEE and CHASITY BAILEY, individually and on behalf of all others similarly situated, | ) ) ) ) | | |
| Plaintiffs, | ) ) | No.: | 2:22-CV-38-KAC-CRW |
| v. | ) ) | | |
| GRAINER COUNTY, TENNESSEE, JAMES HARVILLE, CHRIS HARVILLE, LEONARD DALTON, and TRAVIS HANK DAVIS, | ) ) ) ) ) | | |
| Defendants. | ) | | |

## JUDGMENT

As addressed in the Court's "Order Closing Case" [Doc. 15], no issues remain in this action. The Clerk is therefore **DIRECTED** to close the case.

**SO ORDERED**.

s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
*/s/ LeAnna R. Wilson*
CLERK OF COURT